IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMIRA RANDOLPH and | : | |
| FOREMAN SALMOND, | : | |
|     Plaintiffs | : | No. 1:17-cv-786 |
| | : | |
| v. | : | |
| | : | (Judge Kane) |
| FCI ALLENWOOD, et al., | : | |
|     Defendants | : | (Magistrate Judge Carlson) |

**ORDER**

Before the Court in the above-captioned action is the May 8, 2017 Report and Recommendation of Magistrate Judge Carlson issued after an initial screening review of Plaintiffs' pro se complaint. (Doc. No. 4.) The Report and Recommendation recommends dismissal of Plaintiffs' complaint without prejudice to the ability to file an amended complaint. (Id. at 15.) Plaintiffs filed no objections to the Report and Recommendation, but on May 30, 2017, Plaintiff Samira Randolph filed an amended complaint in this matter. (Doc. No. 7.) **ACCORDINGLY**, this 31st day of May 2017, upon review of the record and the applicable law,

**IT IS ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 4), of Magistrate Judge Carlson;

2. Plaintiffs' initial complaint (Doc. No. 1), is **DISMISSED** without prejudice;

3. The amended complaint filed by Plaintiff Samira Randolph on May 30, 2017, is now the operative complaint in this matter;

4. The Clerk of Court is directed to **TERMINATE** Plaintiff Foreman Salmond from this action; and

5. The above-captioned action is recommitted back to Magistrate Judge Carlson for further pre-trial proceedings.

                                                    s/ Yvette Kane  
                                                    Yvette Kane, District Judge  
                                                    United States District Court  
                                                    Middle District of Pennsylvania